**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**UNITED STATES OF AMERICA**              **CASE NO.  1:26-MJ-00108-01**

**VERSUS**                                **MAGISTRATE JUDGE PEREZ-MONTES**

**JAKOB JOSHUA MARCOULIER (01)**

**MINUTES OF COURT:**
**Initial Appearance**

| | | |
|---|---|---|
| Date: | April 27, 2026 | Presiding: Magistrate Judge Joseph H. L. Perez-Montes |
| Court Opened: | 3:00 p.m. | Courtroom Deputy:    Liz Muncey |
| Court Adjourned: | 3:36 p.m. | Court Reporter:    Zoom Recording |
| Statistical Time: | 00:22 | Courtroom:    Zoom Recording |

**APPEARANCES**

| | | | |
|---|---|---|---|
| Lauren Nickel   (AUSA) | | For | United States of America |
| Angelle Boudreaux   (AFPD) | | For | Jakob Joshua Marcoulier (01) |
| Jakob Joshua Marcoulier (01) Defendant | | | (LOCATION CUSTODY) |

**PROCEEDINGS**

**Before Court Opened**:
Defendant Completed Financial Affidavit for Appointment of Counsel
Defendant Provided with Charging Document

**INITIAL APPEARANCE ON**:    Indictment
Defendant Sworn
Defendant advised of charges, maximum penalties, & rights
Defendant admitted his identity

**DETENTION:**
Oral Motion for detention by the Government
Detention hearing requested by the Defense
Oral Motion by Attorney Boudreaux for Release of Defendant, **DENIED**.
Objection by the Defense to the Court's order of detention

**RULINGS/COMMENTS:**
Pursuant to 5(f), 10(c), and 43(a) of the Federal Rules of Criminal Procedure, and with the consent of Defendant and all parties, the Court conducted the initial appearance by video teleconference.  Based upon defense counsel's representations and Defendant's confirmation under oath, the Court finds that Defendant qualifies for appointed counsel and appoints the Office of the Federal Public Defender to represent Defendant.
A Preliminary/Detention hearing has been set in-person for **Wednesday, April 29, 2026, at 2:00 p.m. before Magistrate Judge Perez-Montes.**

Oral motion to unseal by the Government, GRANTED.

The defendant is hereby remanded to the custody of the United States Marshal Service pending further proceedings.

**FILINGS:**
Financial Affidavit
Defendant's Request for Appointment of Counsel
Order Appointing Counsel
Order Scheduling Detention & Preliminary Hearing