UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

UNITED STATES OF AMERICA                1:26-MJ-000108

VERSUS                                  MAGISTRATE JUDE PEREZ-MONTES

JAKOB JOSHUA MARCOULIER,

    Defendant

_____/


**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, William P. Bozek, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.     I am a Special Agent, employed by the Federal Bureau of Investigations (FBI), and have been so employed since June 6, 2021. I am currently assigned to the FBI New Orleans Division, Alexandria Resident Agency, and have been so assigned since October 2021. I have been a part of the FBI Central Louisiana Gang Task Force (CLGTF) since October 2021 and the Joint Terrorism Task Force (JTFF) since May 2022. Before being employed by the FBI, I was employed as a Special Forces Communication Sergeant by the United States Army for 7.5 years and the Florida National Guard for two years. I attended 18 weeks of training at the FBI Basic Field Training Course for the FBI in Quantico, Virginia. I have a Bachelor's Degree in Criminology from Stonehill College and a Master's Degree in Applied Intelligence from Georgetown University. I make this affidavit in support of a criminal complaint.

2.      I have executed multiple arrests warrants in my career and have testified in federal court regarding criminal arrests. I have investigated cases involving violent crime, fraud, terrorism, counterintelligence and the distribution of narcotics.

3.      I make this affidavit in support of an arrest warrant for JAKOB JOSHUA MARCOULIER, hereinafter referred to as MARCOULIER, age 22. The facts in this affidavit come from my personal observations, training and experience, and information obtained from other law enforcement officers and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## STATUTORY AUTHORITY

4.      I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510 (7), that is, an officer of the United States empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18 and Title 21, United States Code.

5.      As set forth herein, there is probable cause to believe that MARCOULIER  transmitted interstate communication threats to injure another person, in violation of Title 18, United States Code, Section 875. Title 18, United States Code, 875 makes it a crime to transmit in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another.

2

6.      This Affidavit is intended to show merely that there is sufficient probable cause for the requested arrest and does not set forth all of my knowledge about this matter. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. I have not included each and every fact known to me concerning this investigation. Additionally, unless otherwise indicated, wherever in this Affidavit I assert that an individual made a statement, that statement is described in substance herein and is not intended to be a verbatim recitation of such statement. Furthermore, unless otherwise indicated, all statements contained in this Affidavit are summaries in substance and in part. The following is true to the best of my knowledge and belief.

## PROBABLE CAUSE

7.      On February 11, 2026, ███████████████, who resides in Birmingham, Alabama, submitted an online tip to the Federal Bureau of Investigation (FBI) National Threat Operations Center (NTOC), regarding threats towards synagogues by Discord user, el.bostino. ██████ provided a video he took of the Discord user el.bostino making threats towards synagogues, as well as screen shots of the user's Facebook profile Jake Marcoulier and Facebook profile photographs.

8.      On February 11, 2026, an emergency disclosure request (EDR) was sent by FBI Birmingham to Discord (Request # DISC-51268). On February 13, 2026, results for the EDR were received from Discord, User ID: 362022832906960897,

3

Username: el.bostino#0, Email: anarchykid91@gmail.com, phone number: XXX-XXX-8233, last seen IP address: 172.59.106.253. Between February 10 – 12, 2026, Discord user el.bostino#0 used IP address 204.197.229.183 on five occasions.

**TRANSCRIPT AND TIMESTAMPS OF EL.BOSTINO's RECORDED STATEMENTS**

**Recording begins:**

(00:01):    ...Catholicism

(00:02):    So far I'm doing a pretty goddamned good job

(00:18):    I've done it outside the military, I've done it inside, unfortunately it's a lot worse on the inside.

(00:33):    And it's great, right, because I get to come on this video game and say things and confess things and you guys will never know who I actually am.

(00:56):    (unintelligible)

(00:59):    yeah man

(01:05):    parking for a bitch

(01:09):    I just got off the phone with my bitch. I love her to death. She hates me. It's fine. Like I said man, I have nothing to live for. I hate them niggas, lets die.

(01:30):    I was talking to my buddy about it actually.

(01:38):    I was telling him, after this deployment if the Jews still have reign over our government, I am going to walk into a synagogue with my AK, with a 75 round drum mag, and all of my extra mags, with my level four plates, and my haka helmet that's three plus, and I am going to kill every single Jew I know. Inside of that synagogue.

(02:10):    And that's my goal in life, is to make sure the Jews never withstand the proper approval of Christ.

(02:24):    And you guys laugh and everything, you guys laugh and and and joke about it about being antisemitic and and and Nazi and shit, but you guys actually don't have a single fucking clue. And you guys will never do anything about but I will. I just have to finish this, I have to go back overseas and do what I have to do. And then you'll see me in the news. I promise you.

(03:04):    All you guys are fake fucking Nazis, you guys are fake America first, you guys are fake fucking nationalists. And you guys don't want to do anything for the fucking cause when it actually needs to happen. I'm in the federal government and I'll still kill these motherfuckers in order to make sure the white youth is fucking secured. But, majority will not, 99% will not, they just say they will and will just fucking sit behind closed doors. But it is on you guys, it really is. It's on you guys to understand that our jobs on this earth as Christians is to make sure that Jews are wiped off the face of the earth.

**Recording ends.**

## IDENTIFICATION OF EL.BOSTINO AS JAKOB MARCOULIER

9.    The FBI interviewed ███████, ███████ advised that he has played video games with EL.BOSTINO on several occasions. ███████ advised that EL.BOSTINO routinely made racist and hatred filled statements but never about mass shootings. ███████ believed the statements from the recorded conversation sounded planned and thought out. ███████ provided interviewers with a picture of EL.BOSTINO's DISCORD profile as well as their FACEBOOK profile. ███████ believed EL.BOSTINO was JAKOB MARCOULIER ("MARCOULIER").

10.    On February 11, 2026, the FBI submitted an emergency disclosure request to DISCORD and the FBI received results on February 13, 2026. The returned data provided IP addresses associated with user EL.BOSTINO. Further investigation identified that several IP addresses were located on Fort Polk,

Louisiana. FBI Birmingham conducted a comparison of the Facebook profile provided by ███████ and driver's license photos to confirm **MARCOULIER's** identity.

11. On April 21, 2026, Agents of the FBI Alexandria Resident Agency (Alex RA) confirmed with the Fort Polk, Louisiana (FPLA) Department of the Army Criminal Investigation Division (DACID) that **MARCOULIER** was a soldier station at Fort Polk, Louisiana.

12. On April 22, 2026, FBI Alexandria Resident Agency (Alex RA) ran an IP location check for 204.197.229.183. The results originated to Fort Polk, Louisiana in the area of MARCOULIER's barracks at ███ Mississippi Avenue, Fort Polk South, Louisiana, 71459.

13. FBI Birmingham conducted a comparison of a Facebook photo provided by ███████ and driver's license photos to identify the subject as JAKOB JOSHUA MARCOULIER. The Discord profile photo provided by ███████ of user el.bostino#0 matched the photo on MARCOULIER'S Facebook profile.

14. Open source checks identified MARCOULIER uses the home address of ███████ Coit Street, Apartment ██, Fort Polk, Louisiana, 71459.

15. On April 21, 2026, Agents of the FBI Alexandria Resident Agency (Alex RA) confirmed with the (FPLA) Department of the Army Criminal Investigation Division (DACID) that MARCOULIER was a soldier stationed at Fort Polk, Louisiana.

16. On April 22, 2026, Agents of the FBI Alex RA were notified by FPLA DACID that MARCOULIER has three firearms registered to him on FPLA for the

residence of ▉ Coit Street, Apartment ▉, Fort Polk, Louisiana, 71459. One Rifle Semi-automatic, Zastava Arms, 2PAM70, serial number 270134299, one pistol semi-automatic, Glock, unknown model, serial number CDZM722 and one Pistol semi-automatic, Glock 43x, serial number CFEV528.

17.    In summary, based off the facts set forth above, your affiant believes there is probable cause to show MARCOULIER is in violation of Title 18, United States Code, Section 875. Due to the facts presented, it is requested that an arrest warrant be issued for JAKOB JOSHUA MARCOULIER.

18.    I declare that the information provided above is true and correct to the best of my knowledge.

Respectfully submitted,

*William Bozek*

WILLIAM P. BOZEK
Special Agent
Federal Bureau of Investigation

Subscribed to and sworn before me, this ___23rd___ day of April 2026, in Alexandria, Louisiana.

JOSEPH H. L. PEREZ-MONTES
United States Magistrate Judge

7